**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| v. | * |
| | * |
| TITO BARRIOS-ORTIZ, aka TITO | * |
| BARRIOS, aka ALEJANDRO | * |
| HERNANDEZ-CHAVIRA, aka | * |
| MATIAS FELYX, aka ALEJANDRA | * |
| GONZALEZ GARCIA, | * |
| Defendant. | * |
| | * |

CRIMINAL NO. 1:26-mj-01117-CJC

✓ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

10:45 am, May 08 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ R.C. ___ Deputy

\*\*\*\*\*\*\*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Mark J. Carr, being duly sworn, deposes and states the following:

1.      I am a Deportation Officer with United States Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE) and have served in that capacity since January 25, 2026. Prior to working as a Deportation Officer, I severed two years as a Police Officer at the Easton Police Department, Easton, MD and 16 years as a Deputy Sheriff/ Sergeant at the Queen Anne's County Sheriff's Office, Centreville, MD. I am authorized by law to interrogate, arrest, search, and seize aliens who are unlawfully present in the United States pursuant to Title 8, United States Code, Section 1357. Throughout my career, I have been involved in the investigation of numerous cases involving the illegal reentry of aliens into the United States.

2.      I am familiar with the facts and circumstances set forth below from my participation in the investigation, my review of the immigration file for this defendant (Alien File), and from reports of other enforcement officers involved in the investigation.

3.      Because I have submitted this Affidavit for the limited purpose of establishing probable cause, I have not included every detail of every aspect of the investigation. Rather, I

have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause.

4.    This Affidavit is submitted in support of a criminal complaint and arrest warrant for Tito BARRIOS-ORTIZ, an alien who was found in the United States after being denied admission, excluded, deported, or removed, or having departed the United States while an order of exclusion, deportation, or removal was outstanding, subsequent to a felony conviction, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

## PROBABLE CAUSE

5.    The defendant is a citizen and national of Guatemala, and not a native, citizen or national of the United States.

6.    On or about June 3, 1992, BARRIOS-ORTIZ illegally entered the United States near Nogales, AZ without being inspected, admitted, or paroled by an immigration official at a designated port of entry. Record checks reveal that on May 07, 1993, BARRIOS-ORTIZ was issued an Order to Show Cause charging him under the INA Section 241(a)(1)(B). The record does not reflect if BARRIOS-ORTIZ was removed/ deported as a result of this event.

7.    On May 13, 2000, the US Border Patrol arrested BARRIOS-ORTIZ near Alamogordo, NM. US Border Patrol Agents stopped BARRIOS-ORTIZ while he was transporting ten other illegal aliens in a Ford Aerostar van. BARRIOS-ORTIZ entered the United States without inspection, admission or parole by an Immigration Official at a designated port of entry and he did not possess any documentation proving that he was legally able to enter or remain in the United States. BARRIOS-ORTIZ was arrested under the alias, Alejandro Hernandez-Chavira from Mexico. On May 26, 2000, BARRIOS-ORTIZ was ordered removed by an Immigration

Judge. On June 1, 2000, BARRIOS-ORTIZ was deported/ removed to Mexico through the El Paso, TX Port of Entry.

8.      On February 5, 2002, BARRIOS-ORTIZ was arrested in Talbot Country, Maryland. He was charged with Deadly Weapon-Intent/Injure. He was convicted on May 15, 2002, and sentenced to 6 months' custody suspended, and 2 years of probation.

9.      On July 28, 2002, BARRIOS-ORTIZ was arrested in Talbot County, Maryland. He was charged with Driving, Attempting to Drive Vehicle While Impaired by Alcohol. He was convicted of this charge on December 9, 2002.

10.     On March 21, 2004, BARRIOS-ORTIZ was arrested in Talbot County, Maryland. He was charged with Driving, Attempting to Drive Vehicle While Under the Influence Per Se. He was convicted of this charge on May 24, 2004. He was sentenced to 1 year incarceration.

11.     On July 21, 2005, BARRIOS-ORTIZ was issued a Notice to Appear under A# 070 574 521, by the Miami Asylum under INA Section: 212(a)(6)(A)(i). There is no record in the file of an Immigration Judge ruling or a Removal.

12.     On April 23, 2006, BARRIOS-ORTIZ was arrested in Easton, Maryland. He was charged with Assault Second Degree, Alcoholic Beverage Intoxication: Endanger, Driving, Attempting to Drive Vehicle while Impaired by Alcohol and Possessing Fictitious License. He was convicted of Driving, Attempting to Drive Vehicle while Impaired by Alcohol and Possessing Fictitious License on October 23, 2007. He was sentenced to 1 year incarceration for the DWI and 60 days for the Possessing Fictitious License charge. The balance of charges were dismissed Nolle Prosequi.

13.     On July 15, 2008, BARRIOS-ORTIZ was issued a Notice to Appear under A# 070 574 521 as a Guatemalan National. BARRIOS-ORTIZ was charged under INA Section

3

212(a)(6)(A)(i). On July 17, 2008, an Immigration Judge in Atlanta, GA issued a Final Order of Removal. On August 06, 2008, BARRIOS-ORTIZ was removed back to Guatemala via ICE Air.

14.    On October 8, 2011, the Easton Police Department, MD arrested BARRIOS-ORTIZ and charged him with Negligent Driving Vehicle In Careless and Imprudent Manner Endangering Property, Life and Person, Driving Vehicle While Under the Influence of Alcohol, Driving Under the Influence of Alcohol Per Se, Driving While Impaired by Alcohol, Person Driving Motor Vehicle on Highway or public Use Property On Revoked License and Privilege, Driving Motor Vehicle on Highway without Required License and Authorization, and a myriad of non-jailable traffic offenses. On October 5, 2012, BARRIOS-ORTIZ was convicted of Driving Under the Influence of Alcohol Per Se and sentenced to 2 years' incarceration. The balance of the charges were dismissed Nolle Prosequi.

15.    On December 19, 2012, BARRIOS-ORTIZ was arrested by ICE ERO Baltimore in Easton, MD. BARRIOS-ORTIZ reported to the Talbot County Division of Parole and Probation for a Supervision appointment where he was arrested as a Re-Instate of a Final Order of Removal. On February 21, 2013, BARRIOS-ORTIZ was removed/ deported to Guatemala via ICE Air.

16.    On April 15, 2013, the US Border Patrol arrested BARRIOS-ORTIZ near Laredo, TX. After an interview, it was determined that BARRIOS-ORTIZ had entered the United States illegally without inspection, admission or parole by an Immigration Official at a designated port of entry. When arrested, BARRIOS-ORTIZ did not have the legal documentation proving he was legally permitted to enter or remain in the United States. BARRIOS-ORTIZ was processed as a Re-Instate of a Final Order of Removal and he was removed/ deported back to Guatemala on May 30, 2013, via ICE Air.

4

17. On August 14, 2013, the US Border Patrol arrested BARRIOS-ORTIZ near the Rio Grande Valley, TX. BARRIOS-ORTIZ admitted to being a citizen and national of Guatemala having entered the United States illegally without inspection, admission or parole by an Immigration Official at a designated port of entry. BARRIOS-ORTIZ did not have any legal documentation proving that he could legally enter or remain in the United States. BARRIOS-ORTIZ was processed as a Re-Instate of a Final Order of Removal and he was removed/ deported back to Guatemala on August 20, 2013 via ICE Air.

18. On December 18, 2018, the Easton Police Department, MD arrested BARRIOS-ORTIZ for Driving Vehicle While Under the Influence of Alcohol. On June 30, 2021, BARRIOS-ORTIZ was found guilty and sentenced to 30 days' confinement, with the entire sentence suspended.

19. On March 29, 2019, ICE ERO Salisbury Enforcement Team arrested BARRIOS-ORTIZ in Easton, MD. Officers made a vehicle stop on South Washington St, Easton, MD and identified BARRIOS as the vehicle operator. BARRIOS-ORTIZ admitted to being a citizen and national of Guatemala without any legal documentation proving that he was legally able to enter or remain in the United States. BARRIOS-ORTIZ also admitted to entering the United States in 2013 near McAllen, TX without inspection, admission or parole by an Immigration Official at a designated port of entry. BARRIOS-ORTIZ was processed as a Re-Instate of a Final Order of Removal and charged with 8 U.S.C. § 1326(a). Barrios-Ortiz pleaded guilty pursuant to a plea agreement in District of Maryland case number 19-cr-188. On April 12, 2019, the US District Court Judge found BARRIOS-ORTIZ guilty of 8 U.S.C. § 1326(a) and sentenced him to 8 months of confinement. On December 2, 2019, ICE ERO Baltimore took custody of BARRIOS-ORTIZ from the US Marshalls. On December 13, 2019, BARRIOS claimed fear of returning to Guatemala

and applied for withholding of removal under 241(b)(3) and withholding of removal under the Convention Against Torture (CAT). On February 18, 2020, the immigration judge denied withholding under INA 241(b)(3) and withholding of removal under CAT. On February 19, 2020, an immigration judge in Baltimore, MD ordered BARRIOS-ORTIZ removed from the United States. BARRIOS-ORTIZ subsequently filed an appeal with the Board of Immigration Appeals (BIA). On May 21, 2020, BARRIOS-ORTIZ was enrolled in the Alternative to Detention Program (ATD) and released pending his appeal.

20.    On July 21, 2021, The BIA affirmed the Immigration Judge's decision to deny withholding and upheld the order of removal from the immigration judge. BARRIOS-ORTIZ violated his ATD requirements on the following dates: September 28, 2021, February 1, 2022, May 24, 2022, November 8, 2022, August 13, 2024, December 3, 2024 and May 2, 2025. On June 4, 2025, BARRIOS-ORTIZ was terminated from ATD and arrested at the ICE ERO Salisbury Office. On June 20, 2025, BARRIOS-ORTIZ was removed to Guatemala via ICE Air.

21.    On April 13, 2026, ICE ERO Salisbury, Fugitive Operations Unit arrested BARRIOS-ORTIZ in Easton, MD. Officers observed a green Chevy pickup truck bearing MD license plate A372638. This vehicle was previously identified as belonging to BARRIOS-ORTIZ, a known ICE target with multiple immigration arrests/removals. While wearing law enforcement markings, Deportation Officers, effected a vehicle stop on the green Chevy pickup truck near 9543 Ocean Gateway in Easton, MD. In an attempt to flee from the officers, BARRIOS-ORTIZ put his truck in reverse and backed his vehicle into a government ICE vehicle positioned behind him. Officers then pinned BARRIOS-ORTIZ's vehicle to prevent him from fleeing. Officers approached the front driver's side door where BARRIOS-ORTIZ was seated and ordered him out of his vehicle. BARRIOS-ORTIZ did not comply and Officers extracted BARRIOS-ORTIZ from

his vehicle. During a field interview, Officers identified the vehicle operator as BARRIOS-ORTIZ, the target of the enforcement action. During the interview Officers established alienage and removability. Officers conducted a search incident to arrest discovering a Maryland driver's license confirming BARRIOS-ORTIZ identity. Officers transported BARRIOS-ORTIZ to the Salisbury ICE ERO Office and processed him as a Re-Instate of a Final Order of Removal.

22. On April 20 and 21, 2026, Craig Hellman, a Senior Fingerprint Specialist with the Homeland Security Investigations Forensic Laboratory performed a visual examination comparing the fingerprint impressions taken after BARRIOS-ORTIZ's arrest on April 13, 2026, with the fingerprint impressions taken in connection with BARRIOS-ORTIZ's prior arrests on December 2, 2019, March 29, 2019, August 12, 2013, April 15, 2013 arrest, and December 19, 2012. After conducting a comparative analysis of the friction ridge detail in spatial relationship to one another for these sets of fingerprints, Mr. Hellman concluded that there were no unexplainable differences between the characteristics in question and identified these fingerprint impressions as being made by the same individual, *i.e.*, BARRIOS-ORTIZ.

23. I reviewed documents from BARRIOS-ORTIZ's Alien File maintained by U.S. Citizenship and Immigration Services. BARRIOS-ORTIZ's April 13, 2026, fingerprints matched a unique FBI number associated with BARRIOS-ORTIZ. Those fingerprints were process through ICE indices containing fingerprint records of known and previously deported aliens. BARRIOS-ORTIZ's Alien File is associated with him through his unique FBI number, the same FBI number and fingerprints associated with his recent Eden arrest. Review of BARRIOS-ORTIZ's Alien File further confirms the prior removal of the same individual identified by the same FBI number, *i.e.*, BARRIOS-ORTIZ.

24.     There is no record that, following the prior deportation, BARRIOS-ORTIZ ever obtained permission to reenter the United States from the Secretary for Homeland Security, the United States Attorney General, or any other authorized official.

## CONCLUSION

25.     Based on the foregoing, I submit that there is probable cause to believe that on or about April 13, 2026, in Easton, Maryland, within the District of Maryland, TITO BARRIOS-ORTIZ, an alien who was removed from the United States on or about June 20, 2025, and on or about August 20, 2013, subsequent to a felony conviction, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Mark J Carr*

Mark J. Carr
Deportation Officer
U.S. Immigration and Customs Enforcement

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) this ___7th___ day of May, 2026.

Honorable Chelsea J. Crawford
United States Magistrate Judge

8